NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**THASHA A. BOYD,**
*Petitioner*

**v.**

**DEPARTMENT OF LABOR,**
*Respondent*

---

2014-3015

---

Petition for review of the Merit Systems Protection Board in No. AT0752120513-I-1.

---

**ON MOTION**

---

**O R D E R**

The Department of Labor moves for a 21-day extension of time, until January 21, 2014, to file its principal brief.  Boyd opposes.

Upon consideration thereof,

IT IS ORDERED THAT:

2                                                    BOYD v. LABOR

The motion is granted.

> FOR THE COURT
>
> /s/ Daniel E. O'Toole
> Daniel E. O'Toole
> Clerk of Court

s27